UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60136-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff

vs.                             **ORDER FOR COMPETENCY**
                               **EVALUATION AND SETTING HEARING**

JODY JESSE FRANCIS,

    Defendant.
_____/

THIS CAUSE is before the Court upon Plaintiff'S Motion For Psychiatric Evaluation (DE 18). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff'S Motion For Psychiatric Evaluation (DE 18) be and the same is hereby **GRANTED** as follows:

1. An examination of the mental condition of Defendant, Jody Jesse Francis, is hereby ordered pursuant to 18 U.S.C. § 4241. The Defendant is hereby referred for a comprehensive psychological or psychiatric evaluation to:

                FDC MIAMI
          FEDERAL DETENTION CENTER
            33 NE 4TH STREET
            MIAMI, FL 33132
             305-577-0010

2. The United States Marshal is hereby **DIRECTED** to transport the Defendant to the above-referenced facility, and immediately

return the Defendant upon the completion of said evaluation;

3. Upon completion of the comprehensive psychological or psychiatric evaluation, FDC Miami shall prepare a report detailing the conclusions of the evaluation, and it shall forward the original report to this Court and copies of said report to the Office of the United States Attorney for the Southern District of Florida and to the Office of the Federal Public Defender for the Southern District of Florida;

4. The examination shall take place no later than <u>Friday, August 29, 2008</u>. The examining psychiatrist and psychologist shall have access to the Defendant and shall be provided with any medical records of the Defendant;

5. The examining psychiatrist or psychologist shall submit a written report to the Court and counsel for the Defendant on or before <u>noon</u> on <u>Monday, September 15, 2008</u>. The report shall meet the requirements of 18 U.S.C. § 4247(c) and shall specifically address the following:

> (a) Whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and
>
> (b) Whether the Defendant was sane at the time of the offense charged;

6. That this matter is hereby set for a hearing to determine Defendant's competency before the Honorable William J. Zloch, on <u>Monday, October 6, 2008</u>, at <u>10:00 a.m.</u> in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida;

7. The period of delay resulting from the examination and any subsequent judicial proceeding to determine the mental competency of the Defendant shall be excluded from any Speedy Trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(A); and

8. The Clerk of this Court is hereby **DIRECTED** to provide certified copies of this Order to Assistant United States Attorney, Lynn D. Rosenthal, Esquire, Assistant Federal Public Defender, Timothy Day, Esquire, the United States Marshal, and FDC Miami.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  24th  </u> day of July, 2008.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

Copies furnished:
Lynn D. Rosenthal, Esq., AUSA For Plaintiff (Certified Copy)
Timothy Day, Esq., AFPD For Defendant (Certified Copy)
U.S. Marshal (Certified Copy)